

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2018

No. 04-17-00780-CR

Clint Harrison **ELLER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A15100
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED.   The appellant's brief deemed filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2018.

KEITH E. HOTTLE,
Clerk of Court